UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| SAINTS INFANTE | § | |
| | § | |
| vs. | § | NO:  MO:23-CV-00070-DC |
| | § | |
| JUSTIN W. LOW, B.J. BROWN, DON R. | § | |
| FLETCHER, JOHN SMITH, BRIAN | § | |
| CHAVEZ, FRED LOYA INSURANCE | § | |

### FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's 42 U.S.C. §1983 civil rights case as three-strikes barred. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 is **DISMISSED WITHOUT PREJUDICE AS THREE-STRIKES BARRED**, and any motion to proceed *in forma pauperis* is **DENIED**.

It is **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED**.

SIGNED this 5th day of May, 2023.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE